IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) <br>                                               ) <br>          Plaintiff,                         ) <br> vs.                                           )   Criminal No. 04-20359-MI <br>                                               ) <br> JOHNNY CASTRO,                        ) <br>                                               ) <br>          Defendant.                     ) | |

## ORDER DISMISSING COUNT(S)

Upon Motion of the United States of America and for good cause shown, the remaining Count(s) of the above referenced indictment, to wit: Count 2, is hereby DISMISSED.

____10/4/05____
Date

_____
Hon. Jon P. McCalla
United States District Judge

FILED IN OPEN COURT
DATE: 10/4/05
TIME: 10:05 AM
INITIALS: JPW

1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _10-4-05_


209

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 209 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT